UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.: 0:13-cv-62381-WPD

JAMAAL ANDERSON, JACOB BELL, DERRICK GAFFNEY, TAVARES GOODEN, FRANK GORE, SANTONIO HOLMES, GREG JONES, JEVON KEARSE, KENARD LANG, RAY LEWIS, BRANDON MERIWEATHER, SANTANA MOSS, CLINTON PORTIS, LITO SHEPPARD, FRED TAYLOR, and GERARD WARREN,

    Plaintiffs,

vs.

BRANCH BANKING AND TRUST COMPANY, as successor in interest to BankAtlantic, LLC,

    Defendant,

_____/

## PLAINTIFFS' AMENDED WITNESS LIST

COME NOW Plaintiffs, DERRICK GAFFNEY, RAY LEWIS, SANTANA MOSS, CLINTON PORTIS, LITO SHEPPARD and FRED TAYLOR, by and through their undersigned attorneys and hereby provide a list of witnesses that may testify at trial:

1. Mary Barzee Flores, Esquire  
   (May call).[1]

   150 West Flagler Street  
   Suite 2200  
   Miami, FL 33130

---

[1] In accordance with Local Rule 16.1(e)(10), Plaintiffs designate whether they expect to call or may call each witness under the name of each witness.

| | | |
|---|---|---|
| 2. | Jacquelyn Orrizi<br>(Expect to call).<br>(May call by deposition). | c/o David Hendrix, Esquire<br>Post Office Box 3324<br>Tampa, Florida 33602 |
| 3. | Dwight McKey<br>(Expect to call).<br>(May call by deposition). | c/o David Hendrix, Esquire<br>Post Office Box 3324<br>Tampa, Florida 33602 |
| 5. | Elizabeth Kagan, Esquire<br>(May call). | 8191 College Parkway<br>Suite 303<br>Fort Myers, Florida 33919-5121 |
| 4. | Clinton Portis<br>(Expect to call). | c/o Matthew G. Brenner, Esquire<br>215 North Eola Drive<br>Orlando, Florida 32801 |
| 5. | Ray Lewis<br>(Expect to call). | c/o Matthew G. Brenner, Esquire<br>215 North Eola Drive<br>Orlando, Florida 32801 |
| 7. | Santana Moss<br>(Expect to call). | c/o Matthew G. Brenner, Esquire<br>215 North Eola Drive<br>Orlando, Florida 32801 |
| 8. | Lito Sheppard<br>(Expect to call). | c/o Matthew G. Brenner, Esquire<br>215 North Eola Drive<br>Orlando, Florida 32801 |
| 9. | Fred Taylor<br>(Expect to call). | c/o Matthew G. Brenner, Esquire<br>215 North Eola Drive<br>Orlando, Florida 32801 |
| 15. | Derrick Gaffney<br>(Expect to call). | c/o Matthew G. Brenner, Esquire<br>215 North Eola Drive<br>Orlando, Florida 32801 |
| 16. | Philip Fitzpatrick<br>(Expect to call). | c/o David Hendrix, Esquire<br>Post Office Box 3324<br>Tampa, Florida 33602 |
| 17. | Catherine Ghiglieri<br>*Expert Witness*<br>(Expect to call). | Ghiglieri & Company<br>2300 Cypress Point West<br>Austin, Texas 78746 |

18. Eric Boos  
    (May call).  
    201 South Biscayne Boulevard  
    Suite 3200  
    Miami, Florida 33131

19. Peggy Lee  
    (May call).  
    2712 SW 12th Street  
    Deerfield Beach, Florida 33442

20. Pat "Tequlia" Harris  
    (May call).  
    1801 South Federal Highway  
    Second Floor  
    Boca Raton Florida 33432

21. Erick Carter  
    (May call).  
    3651 NW 48th Place  
    Lauderhill, Florida 33319

22. Roderick Mack  
    (May call).  
    5002 T-Rex Avenue  
    Suite 225  
    Boca Raton, Florida 33431

23. Rita Martinez  
    (Expect to call).  
    13270 SW 8th Street  
    Miami, Florida 33184

24. Courtney Markham Bandy  
    (Expect to call).  
    141 S.W. 96th Terrace  
    Apt. 201  
    Plantation, Florida 33324

25. Steven Johnson  
    (Expect to call).  
    8264 Wiles Road  
    Coral Springs, Florida 33067

26. Robert Konrad  
    (May call).  
    1801 South Federal Highway  
    Second Floor  
    Boca Raton, Florida 33432

27. Edward J. Rappaport  
    (May call).  
    200 River Vista Drive, # 231  
    Sandy Springs, GA 30339

28. All witnesses necessary for rebuttal or impeachment. (May call).  
    n/a

29. All deposition transcripts necessary for rebuttal or impeachment. (May call).  
    n/a

Respectfully submitted,

*/s/ Ronald D. Edwards, Jr.*
**MATTHEW G. BRENNER**
Florida Bar No. 515681
**JAMES S. TOSCANO**
Florida Bar No. 0899909
**RONALD D. EDWARDS, JR.**
Florida Bar No. 0053233
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802
Telephone:    (407) 843-4600
Fax No:        (407) 843-4444
matt.brenner@lowndes-law.com
james.toscano@lowndes-law.com
ronny.edwardsjr@lowndes-law.com
tracy.kennison@lowndes-law.com
patsy.wong@lowndes-law.com
litcontrol@lowndes-law.com
Attorneys for Plaintiffs

-AND-

**ELIZABETH P. KAGAN**
Florida Bar No. 330779
**ANDREW T. KAGAN**
Florida Bar No. 026291
Kagan Law Firm
8191 College Parkway, Suite 303
Fort Myers, Florida 33919
Telephone:    (239) 466-1161
Fax No.:        (239) 466-7226
Liz@kagan-law.com
Andrew@kagan-law.com
Attorneys for Plaintiffs

-AND-

**LAURENCE M. LANDSMAN**
Illinois Bar No. 6202411
Block & Landsman
33 North LaSalle Street
Suite 1400
Chicago, Illinois 60602

Telephone: (312) 251-1144
Fax No.: (312) 251-1147
larry@block-landsman.com
Not currently admitted to practice in Florida or in the Southern District of Florida
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served via CM/ECF to DAVID S. HENDRIX, ESQUIRE, ANDREW J. MAYTS, ESQUIRE, ALEX DE ALEJO, ESQUIRE, and MARK SCHELLHASE, ESQUIRE, Post Office Box 3324, Tampa, Florida 33602 (david.hendrix@gray-robinson.com, andrew.mayts@gray-robinson.com, Alexandra.dealejo@gray-robinson.com, mark.schellhase@gray-robinson.com) on the 18 day of August, 2015.

/s/ Ronald D. Edwards, Jr.
**Ronald D. Edwards, Jr.**

0046479\159201\1944209v1