UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 2013-cv-62381-BLOOM-VALLE

JAMAAL ANDERSON, *et al.*,

    Plaintiffs,

v.

BRANCH BANKING AND TRUST COMPANY, as successor in interest to BankAtlantic, LLC,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs, Jamaal Anderson, Jacob Bell, Derrick Jabar Gaffney, Tavares Gooden, Frank Gore, Jevon Kearse, Ray Lewis, Brandon Meriweather, Santana Moss, Clinton Portis, Lito Sheppard, and Fred Taylor (collectively, "Plaintiffs"), and Branch Banking and Trust Company, as successor in interest to BankAtlantic ("BB&T"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate and agree that the above-captioned case has been resolved between Plaintiffs and BB&T, and this case is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

    Respectfully submitted this 2nd day of September, 2015.

*/s/ James S. Toscano*
Matthew G. Brenner
James S. Toscano
Ronald D. Edwards, Jr.
Lowndes, Drosdick, Doster, Kantor
& Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, FL 32802
Matt.brenner@lowndes-law.com
Ronny.edwardsjr@lawndes-law.com
Tracy.kennison@lowndes-law.com
litcontrol@lowndes-law.com
*Counsel for Plaintiffs*

*/s/ David S. Hendrix*
David S. Hendrix, Esq.
Florida Bar No. 827053
GRAY ROBINSON, P.A.
401 E. Jackson Street (33602)
Suite 2700
Post Office Box 3324
Tampa, Florida 33601-3324
David.hendrix@gray-robinson.com
Fiona.johnson@gray-robinson.com
Hendrix.litigation@gray-robinson.com
*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY at a true and correct copy of the foregoing was served on the following parties through electronic case filing:

Matthew G. Brenner
Ronald D. Edwards, Jr.
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, FL 32802
Matt.brenner@lowndes-law.com
Ronny.edwardsjr@lawndes-law.com
Tracy.kennison@lowndes-law.com

Elizabeth P. Kagan
Andrew T. Kagan
8191 College Parkway, Suite 303
Fort Myers, FL 33919
liz@kagan-law.com
andrew@kagan-law.com

Laurence M. Landsman
Block & Landsman
33 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
larry@block-landsman.com

                                              */s/ David S. Hendrix, Esq.*
                                              David S. Hendrix, Esq.