UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CIV-62381-BLOOM/Valle

JAMAAL ANDERSON, *et al.*,

    Plaintiffs,

v.

BRANCH BANKING AND TRUST COMPANY,
as successor in interest to BankAtlantic, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, entered in open court on September 2, 2015, and docketed at ECF No. [243]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney's fees. The Court reserves jurisdiction to enforce the settlement agreed to between the parties. Accordingly, the Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of September, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record